**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CAMERON CAPITAL MANAGEMENT, INC., an Oklahoma corporation | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:24-cv-00574-J |
| GMP GROUP, INC., a California corporation | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Plaintiff, Cameron Capital Management, Inc., pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., dismisses this action, with prejudice, with each party bearing their own attorney's fees and costs.

Respectfully submitted this 3rd day of September 2024.

Respectfully Submitted,

*s/ Bradley K. Donnell*

BRADLEY K. DONNELL, OBA #15922
GATLIN SQUIRES, OBA #34795
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
405/235-9621; 405/235-0439 (FAX)
brad.donnell@mcafeetaft.com
gatlin.squires@mcafeetaft.com
*Attorneys for Plaintiff*